UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LESLIE BARNETT, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>KIT HOMEBUILDERS WEST LLC, an Idaho limited liability corporation,<br><br>        Defendant. | Case No. 1:17-cv-00024-DCN<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

    Pending before the Court is the parties' Stipulated Motion to Dismiss with Prejudice entered into by Plaintiff and Defendant. Dkt. 20.

    The Court has reviewed the stipulation and record in this matter. Finding good cause to do so, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby GRANTS the Stipulated Motion to Dismiss and ORDERS this case DISMISSED WITH PREJUDICE. Each party shall bear their own attorney's fees and costs.

DATED: November 27, 2018

_____
David C. Nye
U.S. District Court Judge